HEATHER E. WILLIAMS, Bar# 122664
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
DEVON GREGORY BIGGS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEVON GREGORY BIGGS, JR., ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. 13-cr-0178 KJM <br><br> **STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT** <br><br> DATE: May 30, 2013 <br> TIME: 2:00 p.m. <br> JUDGE: Hon. Allison Claire |

The United States of America, by and through its counsel of record, AUSA Jean M. Hobler, and defendant DEVON GREGORY BIGGS, Jr., by and through his counsel of record, AFD Benjamin Galloway, stipulate to a continuance of the arraignment in this matter currently set for May 10, 2013, at 2:00 p.m..

Mr. Biggs is out of custody and residing in the Central District of California on pretrial release terms and conditions. Mr. Biggs was injured in an auto accident in the Central District, and is unable to travel to Sacramento because of his injuries. *See* note from treatment provider, attached hereto as "Exhibit A", providing good cause for the continuance.

The defendant consents to a continuance of the arraignment in this matter, to May 30, 2013, at 2:00 p.m..

DATED: May 10, 2013    Respectfully submitted,

HEATHER W. WILLIAMS
Federal Defender

/S/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
DEVON GREGORY BIGGS, JR.

DATED: May 10, 2013    BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
JEAN M. HOBLER
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.** The date for arraignment in this matter is hereby re-set for May 30, 2013 at 2:00 p.m.

IT IS SO ORDERED.

Dated: May 10, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

*Fitness Chiropractic, Khreich Corp.*
15132 Bolsa Chica Road, Huntington Beach, CA 92649
Business#: 714-898-9631  Fax #: 714-897-4134

This is to certify that  Devon Biggs
is currently under the care of Fitness Chiropractic & Massage Therapy for injuries sustained in a motor vehicle accident.

The patient may not engage in heavy duty activities or sitting in a position for long periods of time until further notice.

Remarks/Restrictions: _____

Signature: _____ Date: 5/9/2013