BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
CHRISTIAAN H. HIGHSMITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON GREGORY BIGGS, JR.,<br><br>Defendant. | Case No. 2:13-CR-0178 KJM<br><br>**STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGULATING DISCOVERY** |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Jean M. Hobler and Christiaan H. Highsmith, Assistant U.S. Attorneys, representing plaintiff United States of America and Benjamin D. Galloway, Esq., representing defendant Devon G. Biggs, Jr., that discovery provided in this case to defense counsel is subject to a Protective Order.

The parties agree that discovery in this case contains "Protected Information," which is defined here as including photographs, videos, and other identifying information – such as social security numbers, driver license numbers, dates of birth, addresses, telephone numbers, financial information, tax records, and email addresses – of non-parties in this case. This Protective Order extends to all Protected Information provided in this case, including discovery related to conduct not directly charged in the indictment or in any future superseding indictments. In particular, this

1 | Protective Order extends to and covers photographs and videos – sexually explicit and otherwise
2 | – of individuals who are not a party to this case.
3 |       By signing this Stipulation and Protective Order, defense counsel agree not to share any
4 | Protected Information with anyone other than the defendant, defense counsel, and defense
5 | counsel's designated defense investigators and support staff.  Defense counsel may disseminate
6 | Protected Information recovered from the defendant's cell phone to the defendant without limit;
7 | however, defense counsel may not distribute the Protected Information to anyone other than the
8 | defendant, defense investigators, and defense counsel support staff.  In the event that the
9 | defendant substitutes counsel, undersigned defense counsel agree to withhold documents
10 | containing Protected Information from new counsel unless and until substituted counsel agree
11 | also to be bound by this order.
12 |       IT IS SO STIPULATED.
13 | Dated: May 30, 2013                Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Christiaan H. Highsmith
CHRISTIAAN H. HIGHSMITH
JEAN M. HOBLER
Assistant U.S. Attorneys

By: /s/ Benjamin D. Galloway
BENJAMIN D. GALLOWAY
Assistant Federal Defender
Counsel for DEVON G. BIGGS, JR.

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | **IT IS HEREBY ORDERED** that, based upon the agreement of the parties, the Court adopts the proposed stipulation regulating discovery in this case, no. 2:13-CR-0178 KJM. |
| 4 | **IT IS SO ORDERED.** |

DATED: May 31, 2013

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3